**No. 10-10077. Harrison LaVergne, Jr., Petitioner v. California.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4682.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-10085. Michael Eugene Wilkerson, Petitioner v. Tennessee.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4727.

June 20, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, denied.

**No. 10-10087. Edward Williams, Petitioner v. Summit County Auditor, et al.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4640.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-10088. James Glenn Whitley, Petitioner v. Texas.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4615.

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

**No. 10-10094. Anthony Bell, Petitioner v. Louisiana.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4690.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 53 So. 3d 437.

**No. 10-10095. Delmo Figura Torrefranca, Petitioner v. Tom Horne, Attorney General of Arizona, et al.; and Delmo Figura Torrefranca, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

564 U.S. 1025, 131 S. Ct. 3035, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4718,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10097. John Byron Yarbrough, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1025, 131 S. Ct. 3036, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4619.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10117. Dominica Sims, Petitioner v. Susan B. Davis, Warden.**

564 U.S. 1025, 131 S. Ct. 3036, 180 L. Ed. 2d 856, 2011 U.S. LEXIS 4697.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.